IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER BALMER,
    Plaintiff,
    v.
CORRECTIONS OFFICERS MICHAEL HECK
and JUSTIN ECKENRODE,
    Defendants

Case No. 3:13-cv-134-KRG-KAP

MEMORANDUM ORDER

This matter is before Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 3, 2015, docket no. 62, recommending that defendant Eckenrode's motion for summary judgment, docket no. 42, be granted.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No one has filed objections and the time to do so has expired.

After review of the record and the Report and Recommendation, and noting the lack of objections thereto, the following order is entered:

AND NOW, this 10th day of September, 2015, it is

ORDERED that defendant Eckenrode's motion for summary judgement, docket no. 42, is granted. The Report and Recommendation is adopted as the opinion of the Court. The matter remains with the Magistrate Judge for further proceedings.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Christopher Balmer GX-5754
    S.C.I. Forest
    P.O. Box 945
    Marienville, PA 16239